# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

ROBBIN L. MUSTIN

V.     CASE NUMBER: 5:06-CV-969(FJS)

COMMISSIONER OF SOCIAL SECURITY

**[ ]**  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, dismissing the complaint pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on April 3, 2008.

DATED:   April 3, 2008

*(signature)*
Clerk of Court

LKB:lmp